**72 P.(2d) 8**

**Frank STAPLIN, Appellee, v. Frank VESELY, Commissioner of Public Lands of the State of New Mexico, Appellant.**

**No. 4225.**

Supreme Court of New Mexico.

Sept. 29, 1937.

Carl B. Livingston, of Santa Fé, for appellant.

Mariot Murphy, of Santa Fé, for appellee.

BRICE, Justice.

The issues in this case are identical with those of Staplin v. Vesely, Commis-

sioner of Public Lands, etc., 41 N.M. 543, 72 P.(2d) 7, this day decided; and it is reversed and remanded, with instructions to dismiss, for the reasons stated in our opinion in said cause.

It is so ordered.

HUDSPETH, C. J., and SADLER, BICKLEY, and ZINN, JJ., concur.